**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 17-cv-0998-WJM

ASHLEY TENA,

    Plaintiff,

v.

SAMUEL LEGARDA MENDOZA, SR.,

    Defendant.

---

**ORDER CLARIFYING DISMISSAL AND
DISMISSING CASE FOR LACK OF JURISDICTION**

---

    This matter is before the Court on Plaintiff's Request for Corrected Order of Dismissal (ECF No. 10). Plaintiff has not pled facts sufficient to establish that this Court has subject matter jurisdiction over the instant action under 28 U.S.C. § 1332 or otherwise. (See ECF Nos. 5, 6, 10.) Accordingly, this matter is DISMISSED FOR LACK OF JURISDICTION, and as a result this dismissal is without prejudice. The Clerk of Court is DIRECTED to terminate this case.

    Dated this 1st day of September, 2017.

                                  BY THE COURT:

                                  William J. Martínez
                                  United States District Judge