**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 17-cv-0998-WJM

ASHLEY TENA,

    Plaintiff,

v.

SAMUEL LEGARDA MENDOZA, SR.,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered during the pendency of this case, and the Order Clarifying Dismissal And Dismissing Case For Lack of Jurisdiction, entered by the Honorable William J. Martínez, United States District Judge, on September 1, 2017, it is

ORDERED that this matter is dismissed without prejudice for lack of jurisdiction, and this action is terminated.

Dated at Denver, Colorado, this 22nd day of September, 2017.

                      FOR THE COURT:

                      JEFFREY P. COLWELL, CLERK

                      By: s/Deborah Hansen
                      Deborah Hansen, Deputy Clerk